AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Oklahoma

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor <br> *Plaintiff* <br> v. <br> JOSEPH WIGNARAJAH, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br> Civil Action No. 10-CV-220-GKF-TLW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Aircraft Fueling Systems, Inc. 401(k) Plan
Joseph Wignarajah, Trustee
11630 South Fulton Avenue
Tulsa, OK 74137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Richard Moyed
Office of the Solicitor
U.S. Dept. of Labor
525 S. Griffin St., Suite 501
Dallas, TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APR 8 2010

CLERK OF COURT    Phil Lombardi

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 10-CV-220-GKF-TLW |
| JOSEPH WIGNARAJAH, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Joseph Wignarajah
11630 South Fulton Avenue
Tulsa, OK 74137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard Moyed
Office of the Solicitor
U.S. Dept. of Labor
525 S. Griffin St., Suite 501
Dallas, TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Phil Lombardi

Date: APR 8 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor <br> *Plaintiff* <br> v. <br> JOSEPH WIGNARAJAH, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 10-CV-220-GKF-TLW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Aircraft Fueling Systems, Inc.
Joseph Wignarajah, President
11630 South Fulton Avenue
Tulsa, OK 74137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Richard Moyed
Office of the Solicitor
U.S. Dept. of Labor
525 S. Griffin St., Suite 501
Dallas, TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APR 8 2010

CLERK OF COURT  Phil Lombardi

*Signature of Clerk or Deputy Clerk*