**FILED**
MAY 10 2010
Phil Lombardi, Clerk
U.S. DISTRICT COURT

HILDA L. SOLIS, Secretary of Labor

         Plaintiff

V.                      Civil Action No. 10-CV-220-GKF-TLW

JOSEPH R WIGNARAJAH, AIRCRAFT FUELING SYSTEMS, INC. and AIRCRAFT FUELING SYSTEMS, INC. 401(k) PLAN

         Defendants

## ANSWER REQUESTING ADDITIONAL TIME FOR THE DEFENDANTS JOSEPH R WIGNARAJAH, AIRCRAFT FUELING SYSTEMS, INC. and AIRCRAFT FUELING SYSTEMS, INC. 401(k) PLAN TO RESPOND TO THE SUMMONS

This summons was received by me, Joseph R. Wignarajah on Sunday the 18th day of April 2010. The 21st day counting from the 18th the due date for the answer fell on the 9th of May 2010 which was a Sunday. Thus I'm filing this on the 10th day of May 2010.

I respectfully request the court an additional 30 days to file an answer.

                            Respectfully Submitted to the court,

                            JOSEPH R WIGNARAJAH, Pro Se

By:   Joseph R. Wignarajah,
       11630 South Fulton Avenue
       Tulsa, Oklahoma 74137
       Phone: (918)-808-4026

## CERTFICATE OF SERVICE

I hereby certify that on May 10th, 2010, a true copy of the above and foregoing answer was placed in the United States Mail, first-class mail prepaid, addressed to:

Richard Moyed
Office of the Solicitor
U.S. Dept. of Labor
525 S. Griffin St., Suite 501
Dallas, TX 75202.

Joseph R. Wignarajah,
11630 South Fulton Avenue
Tulsa, Oklahoma 74137